In the Matter of the Claim of JULIA STENGEL, Respondent, v. GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.